[No. 17464-9-I. Division One. September 28, 1987.]

WILLIAM DOWD, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-2-01820-8, Dennis J. Britt, J., entered October 21, 1985. *Reversed* by unpublished opinion per Walterskirchen, J. Pro Tem., concurred in by Darrah and Dore, JJ. Pro Tem.

[No. 8681-6-II. Division Two. September 29, 1987.]

CLARK COUNTY, *Appellant,* v. JOSEPH SIMMERS, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 84-2-01317-0, Thomas L. Lodge, J., entered March 29, 1985. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 17246-8-I. Division One. October 5, 1987.]

THOMAS MONTAGUE, *Appellant,* v. KENNETH DUCHARME, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-2-02364-0, John F. Wilson, J., entered October 16, 1985. *Affirmed* by unpublished opinion per Steere, J. Pro Tem., concurred in by Andersen and Williams, JJ. Pro Tem.